**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

---

**DERRICK WATKINS,**

**Plaintiff,**

**v.** **Case No. 24-CV-884**

**KEVIN WHEELER,**

**Defendant.**

---

**DECISION AND ORDER**

---

On January 8, 2026, plaintiff Derrick Watkins filed a notice of appeal. (ECF No. 61.) On April 15, 2026, the court entered an order granting Watkins's motion to proceed *in forma pauperis* on appeal and requiring Watkins to pay $22.65 as an initial partial appellate filing fee. (ECF No. 68.) On July 14, 2026, Watkins filed a motion to pay the appellate filing fee out of his release account. (ECF No. 71.)

The Prison Litigation Reform Act requires collection of filing fees from a "prisoner's account." 28 U.S.C. § 1915(b). The term "prisoner's account" encompasses both a prisoner's release account and his general account. *Spence v. McCaughtry*, 46 F. Supp. 2d 861, 862 (E.D. Wis. 1999). "A release account is a restricted account maintained by the Wisconsin Department of Corrections to be used upon the prisoner's release from custody upon completion of his sentence." *Wilson v. Anderson*, Case No. 14-C-798, 2014 WL 3671878 at *3 (E.D. Wis. July 23, 2014) (citing Wis. Adm. Code § DOC 309.466). While the PLRA does not prohibit the use of release accounts, leaving it to the

discretion of the court, given the purpose of the release account federal courts do not deem it prudent to focus on that account as the source of funds to satisfy the PLRA's filing fee payment requirements. *Smith v. Huibregtse*, 151 F. Supp. 2d 1040, 1042 (E.D. Wis. 2001). However, where there are insufficient funds available in a prisoner's regular account, a prisoner's release account may be invaded to satisfy an initial partial filing fee. *See Carter v. Bennett*, 399 F. Supp. 2d 936, 936–37 (W.D. Wis. 2005).

Watkins does not specify in his motion whether he wants to pay the full appellate filing fee or just the initial partial appellate filing fee out of his release account. Given the purpose of the release account as described above, the court will allow Watkins to pay only the initial partial appellate filing fee out of his release account.

As such, the court **GRANTS** Watkins's motion (ECF No. 71) to pay the initial partial appellate filing fee out of his release account. The court **EXTENDS** the deadline for Watkins to pay the initial partial appellate filing fee of $22.65 to **September 21, 2026**.

**IT IS ALSO ORDERED** that a copy of this order be sent to the officer in charge of the agency where Watkins is confined.

**IT IS ALSO ORDERED** that a copy of this order be electronically provided to PLRA Attorney, United States Court of Appeals for the Seventh Circuit, through the court's electronic case filing system.

Dated at Milwaukee, Wisconsin this 21st day of August, 2026.

BY THE COURT

WILLIAM E. DUFFIN
United States Magistrate Judge